IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MICHAEL SERVOSE,<br><br>           Plaintiff,<br><br>vs.<br><br>CITY OF LINCOLN, a political subdivision of the State of Nebraska; JEFFREY BLIEMEISTER, and JOHN HUDEC,<br><br>           Defendants. | **4:21CV3088**<br><br>**ORDER** |

During the conference call today, the court was notified that Plaintiff has not responded to Defendant's discovery served on July 1, 2022.

Accordingly,

IT IS ORDERED:

1) Plaintiff is given until November 22, 2022 to either:

   a) fully respond to Defendant's written discovery and file a certificate of service stating he has done so, or

   b) show cause why the court should not dismiss the Plaintiff's complaint for want of prosecution. The failure to timely comply with this order may result in dismissal of Plaintiff's claims without further notice.

2) The deadline for filing summary judgment motions is extended to January 17, 2023.

Dated this 1st day of November, 2022.

BY THE COURT:
*s/ Cheryl R. Zwart*
United States Magistrate Judge