IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MICHAEL SERVOSE,<br><br>         Plaintiff,<br><br>   v.<br><br>CITY OF LINCOLN, a political subdivision of the State of Nebraska; JEFFREY BLIEMEISTER, and JOHN HUDEC,<br><br>         Defendants. | 4:21CV3088<br><br>**ORDER** |

      This matter is before the Court following an Order filed by United States Magistrate Judge Cheryl R. Zwart on November 1, 2022 (Filing No. 35). During a telephone conference on November 1, 2022, defendant notified the Court that plaintiff Michael Servose had not responded to defendant's discovery served on July 1, 2022.

      Plaintiff was given until November 22, 2022 to either:

    a) fully respond to defendant's written discovery and file a certificate of service stating he had done so; or,

    b) show cause why the court should not dismiss the plaintiff's complaint for want of prosecution.

Plaintiff was warned that the failure to comply may result in dismissal of the claims filed by plaintiff without further notice.

      Despite that warning, plaintiff has not filed a certificate of service or any response to the Court's order and no explanation has been provided for plaintiff's failure to comply with the Court's order. For these reasons, the Court finds dismissal of this action without prejudice is appropriate.

      Accordingly,

IT IS ORDERED that this case is dismissed without prejudice for failure to comply with the Court's orders and for want of prosecution.

Dated this 30th day of November 2022.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge